**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REGINALD DEWAYNE WISE, | ) | No. CV 09-992-JSL(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL KNOWLES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   Sept. 16,, 2013

_____
J. SPENCER LETTS
United States District Judge